# IN THE SUPREME COURT OF THE STATE OF NEVADA

COURTNEY JERMAINE THOMPSON,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 72541

FILED

APR 11 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; J. Charles Thompson, Judge.

The notice of appeal was untimely filed. NRAP 4(b); NRAP 26(a); NRAP 26(c). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. Kerry Louise Earley, District Judge
       Hon. J. Charles Thompson, Senior Judge
       Courtney Jermaine Thompson
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk